In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-116 CR


____________________



BRENDA TAYLOR, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 88562






MEMORANDUM OPINION


 Pursuant to a plea bargain, appellant Brenda Taylor pled guilty to forgery. On
October 6, 2003, the trial court found the evidence sufficient to find Taylor guilty, but
deferred further proceedings, placed Taylor on community supervision for three years,
assessed a fine of $750, and ordered payment of restitution in the amount of $1,172.27. The
State filed a motion to revoke Taylor's unadjudicated community supervision. Taylor pled
"true" to three violations of the conditions of her community supervision. The trial court
found that Taylor violated the conditions of her community supervision, found Taylor guilty
of forgery, and assessed punishment at twelve months of confinement in a state jail facility. 

 Taylor's appellate counsel filed a brief that presents counsel's professional evaluation
of the record and concludes the appeal is frivolous. See Anders v. California, 386 U.S. 738,
87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); High v. State, 573 S.W.2d 807 (Tex. Crim. App.
1978). On April 19, 2007, we granted an extension of time for appellant to file a pro se brief. 
We received no response from appellant. We reviewed the appellate record, and we agree
with counsel's conclusion that no arguable issues support an appeal. Therefore, we find it
unnecessary to order appointment of new counsel to re-brief the appeal. Compare Stafford

v. State, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment. (1)

 AFFIRMED.



 

 __________________________________

 CHARLES KREGER

 Justice

Submitted on August 21, 2007

Opinion Delivered August 29, 2007

Do not publish


Before Gaultney, Kreger, and Horton, JJ.
1. Appellant may challenge our decision in this case by filing a petition for
discretionary review. See Tex. R. App. P. 68.